UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

J D. N., by and through his Foster Parent and Legal
Custodian, JENNIFER WALWORTH,

      Plaintiff,

            v.

BAYFIELD COUNTY DEPARTMENT OF
HUMAN SERVICES, and SAMANTHA JO
BURCH, individually, as employee of LUTHERN
SOCIAL SERVICES OF WISCONSIN AND
UPPER MICHIGAN, INC, LUTHERAN SOCIAL
SERVICES OF WISCONSIN AND UPPER
MICHIGAN, INC., in its own right, DOES I-X, and
WISCONSIN COUNTY MUTUAL INSURANCE
CORPORATION.

      Defendants.

Case No. 26-cv-309

---

**NOTICE OF REMOVAL OF ACTION**

---

Defendants, Bayfield County Department of Human Services and Wisconsin County Mutual Insurance Corporation, by their attorneys, Stadler Sacks LLC; and Defendants, Samantha Jo Burch and Lutheran Social Services of Wisconsin and Upper Michigan, Inc., respectfully submit this Notice of Removal of Action (the "Notice") to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice, Defendants state as follows:

1. On March 4, 2026, Plaintiff initiated this civil action by filing a Complaint in the Circuit Court of Bayfield County, State of Wisconsin (the "State Court Action").

2.      Pursuant to 28 U.S.C § 1446, complete copies of the pleadings and other papers filed in the State Court Action are attached hereto as Exhibit A.

3.      Defendant, Bayfield County Department of Human Services, was served with a copy of the Summons and Complaint on March 10, 2026.

4.      Defendant, Wisconsin County Mutual Insurance Corporation, was served with a copy of the Summons and Complaint on March 11, 2026.

5.      Defendant, Lutheran Social Services of Wisconsin and Upper Michigan, Inc., was served with a copy of the Summons and Complaint on March 9, 2026.

6.      Defendant, Samantha Jo Burch, was served with a copy of the Summons and Complaint on March 16, 2026.

7.      On March 12, 2026, Plaintiff filed a motion to seal or redact information in the court record.

8.      Additionally, Plaintiff also filed a Confidential Disclosure of Information to be Sealed or Redacted.

9.      Pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed as Defendants have filed within 30 days of the receipt of the Complaint.

10.     The State Court Action centers around an issue of alleged child abuse and neglect.

11.     The State Court Action alleges causes of action under the Federal laws. Specifically, it alleges claims under 42 U.S.C. § 1983.

12.     This action may be removed to this Court pursuant to 28 U.S.C. § 1441 because the State Court Action alleges claims arising under the Federal laws of the United States and the Court may take supplemental jurisdiction of any state law claims.  28 U.S.C. § 1331.

13.    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the State Court Action to this Court is appropriate.

14.    Venue in the Western District of Wisconsin is proper under 28 U.S.C. § 1446(a) because the State Court Action is pending in the Circuit Court of Bayfield County, Wisconsin. This Court is the district embracing the place where the State Court Action is pending.  28 U.S.C. § 1446(a).

15.    Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being served on Plaintiff via the Wisconsin Circuit Court eFiling system.

16.    Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice is being promptly filed in the State Court Action.  Such notice is being filed via the Wisconsin Circuit Court eFiling system.

17.    All Defendants in this action have consented to removal to Federal Court.

18.    Defendants reserve the right to amend or supplement the Notice.

WHEREFORE, Defendants give notice that the State Court Action is hereby removed from the Circuit Court of Douglas County to this Court.

Dated this 8th Day of April 2026.

STADLER SACKS LLC
Attorneys for Bayfield County Department
of Human Services and Wisconsin County Mutual
Insurance Corporation.

By: /s/ *Ronald S. Stadler*
Ronald S. Stadler
State Bar No. 1017450
Jonathan E. Sacks
State Bar No. 1103204

3

303 - B North Main Street
West Bend, WI 53095
telephone:  262-304-0610
e-mail: jes@stadlersacks.com
       rss@stadlersacks.com

**COUSINEAU MALONE, P.A.**
Attorneys for Samantha Jo Burch and Lutheran Social Services of Wisconsin and Upper Michigan, Inc.

Dated: April 3, 2026

By: /s/ *Tamara L. Novotny*
   **Tamara L. Novotny**
   State Bar No. 1057583)

12800 Whitewater Drive, Suite 200
Minnetonka, MN 55343
952-525-6939 (Direct)
tnovotny@cousineaulaw.com

4929-2481-8589, v. 1

4