IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JULIAN D. WADE NICOLETTI,

Plaintiff,

v.

BAYFIELD COUNTY, *et al.*,

Defendants.

OPINION and ORDER

26-cv-309-amb

---

Plaintiff Julian Nicoletti alleges that defendants violated his Fourteenth Amendment substantive due process rights by ignoring, allowing, and facilitating the physical and emotional abuse he sustained at the hands of his foster and adoptive parent. At the August 13, 2026 telephonic preliminary pretrial conference, plaintiff asked to hold trial out of this district in Duluth, Minnesota. The court denied that request, but offered to hold trial in Eau Claire, Wisconsin, for the convenience of the parties and witnesses, who are largely from northern Wisconsin. Dkt. 52. Defendants have responded without objection, and plaintiff has additionally requested that the trial not be bifurcated. Dkts. 53–55.

To start, the court GRANTS plaintiff's request to set trial as presumptively unified with no bifurcation between liability and damages. A unified trial is appropriate when there is substantial overlap among the facts, evidence and witnesses for liability and damages. *Equal Emp. Opportunity Comm'n v. Wal-Mart Stores, Inc.*, 38 F.4th 651, 660 (7th Cir. 2022). At this point, the court credits plaintiff's statement that there will be such overlap in this case and that bifurcation "would prejudice plaintiff's presentation of facts in a logical manner." Dkt. 53 at 1. The court therefore presumes a unified trial for now. Any party may move to bifurcate under Federal Rule of Civil Procedure 40(b) by the pretrial filing deadline.

The court also GRANTS plaintiff's request to hold the trial at the federal courthouse in Eau Claire, Wisconsin. As noted above, the court offered this location as an alternative to Duluth, Minnesota. Duluth is not in the Western District of Wisconsin, and it does not appear at this point that any of the limited circumstances that would allow the court to hold trial out of the district are present. *See* 28 U.S.C. §§ 141(b) & 292(b). Eau Claire is in this district, the parties report that this location is closer to the parties and likely witnesses, and defendants do not object to holding trial there. Dkt. 54 & Dkt. 55. Accordingly, jury selection and trial shall begin on November 1, 2027 at 9:00 a.m. in the federal courthouse at 500 S Barstow St in Eau Claire, Wisconsin. The court will also hold the first final pretrial conference in Eau Claire, and it will hold the second final pretrial conference, if needed, telephonically. The parties should continue to consult the original preliminary pretrial conference order and its attachments at Dkt. 49 for procedures and guidance concerning these deadlines.

*So ordered.*

Entered September 1, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge